# EXHIBIT A



## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **File Number** | 01975706 | | |
| **Entity Name** | LVNV FUNDING LLC | | |
| **Status** | ACTIVE | **On** | 08/03/2016 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **File Date** | 09/25/2006 | **Jurisdiction** | DE |
| **Agent Name** | ILLINOIS CORPORATION SERVICE C | **Agent Change Date** | 08/16/2013 |
| **Agent Street Address** | 801 ADLAI STEVENSON DRIVE | **Principal Office** | 625 PILOT ROAD STE 3 LAS VEGAS, NV 89119 |
| **Agent City** | SPRINGFIELD | **Management Type** | MGR  View |
| **Agent Zip** | 62703 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 08/03/2016 | **For Year** | 2016 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

Print this Listing

10/7/2016  Illinois Division of Professional Regulation  9:18:46 AM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Collection Agency, Licensed**
**THERE ARE 1 RECORDS WHOSE NAME CONTAINS: lvnv funding**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | 017021172 | ACTIVE | Las Vegas, NV | 08/28/2008 | 05/31/2018 | N |

**Page 1**

# EXHIBIT C



## CORPORATION FILE DETAIL REPORT

| | |
|---|---|
| **File Number** | 62276258 |
| **Entity Name** | FIRST NATIONAL COLLECTION BUREAU, INC. |
| **Status** | ACTIVE |

| | | | |
|---|---|---|---|
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 06/05/2002 | **State** | NEVADA |
| **Agent Name** | LEXIS DOCUMENT SERVICES INC. | **Agent Change Date** | 06/05/2002 |
| **Agent Street Address** | 801 ADLAI STEVENSON DR | **President Name & Address** | BRADLEY JARDEN 610 WALTHAM WAY MCCARRAN NV 89434 |
| **Agent City** | SPRINGFIELD | **Secretary Name & Address** | ELISEO MONTENEGRO JR 610 WALTHAM WAY MCCARRAN NV 89434 |
| **Agent Zip** | 62703 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 05/24/2016 | **For Year** | 2016 |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT D

Print this Listing

10/7/2016   Illinois Division of Professional Regulation   9:19:06 AM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Collection Agency, Licensed**
THERE ARE 2 RECORDS WHOSE NAME CONTAINS: **first national collection**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Disclpned? |
|---|---|---|---|---|---|---|---|
| First National Collection Bureau Inc | | 017020616 | NOT RENEWED | McCarran, NV | 08/21/2002 | 05/31/2015 | N |
| First National Collection Bureau Inc | | 017021976 | PROBATION | McCarran, NV | 10/15/2015 | 05/31/2018 | Y |

**Page 1**

# EXHIBIT E



**First National Collection Bureau, Inc.**
610 Waltham Way
Sparks, NV 89434
(800) 824-6191

Dept. # 21377
PO Box 1259
Oaks, PA 19456

July 23, 2016

Office Hours:
Mon. - Fri. 6 A.M. - 6 P.M.
Pacific Standard Time

*Please remit all correspondence to the above address

RANDY RICHARDSON

53148 - 43377

Current Creditor: LVNV Funding LLC
Original Creditor: HSBC Bank USA, N.A./Rhodes/Homemak
Original Account #:
Ref #:
Total Due: $2,678.54

**PAY YOUR ACCOUNT          APPROXIMATELY 40% IN 6 PAYMENTS**

Our client LVNV Funding LLC is offering you a discounted offer of $1,071.42 in 6 payments over 6 months starting on 08/20/16. (28 days)

Once payments totaling $1,071.42 have been paid to our office on time, we will consider this account satisfied in full.

Payments may not be more than 30 days apart or this discounted offer may be cancelled. Please send in the payments along with the payment stub to the address listed on the coupon.

If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer.

The law limits how long you can be sued on a debt. Because of the age of your debt, LVNV Funding LLC will not sue you for it, and LVNV Funding LLC will not report it to any credit reporting agency.
In many circumstances, you can renew the debt and start the time period for the filing of a lawsuit against you if you take specific actions such as making certain payment on the debt or making a written promise to pay. You should determine the effect of any actions you take with respect to this debt.

If you wish to speak with a representative please call (800) 824-6191.

Sincerely,

First National Collection Bureau, Inc.
(800) 824-6191

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

---

For your convenience, if you would like to make your payment online, visit our website at www.fncbinc.com.

**Detach Coupons And Mail Payment**

| 1 OF 6 | 2 OF 6 | 3 OF 6 |
|---|---|---|
| Ref #: | Ref #: | Ref #: |
| MAIL PAYMENT TO: | MAIL PAYMENT TO: | MAIL PAYMENT TO: |
| FNCB INC. | FNCB INC. | FNCB INC. |
| PO BOX 51660 | PO BOX 51660 | PO BOX 51660 |
| SPARKS, NV 89435 | SPARKS, NV 89435 | SPARKS, NV 89435 |
| PAYMENT AMT - $178.57 | PAYMENT AMT - $178.57 | PAYMENT AMT - $178.57 |
| DUE DATE - 08/20/16 | DUE DATE - 09/19/16 | DUE DATE - 10/19/16 |
| DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT |

| 4 OF 6 | 5 OF 6 | 6 OF 6 |
|---|---|---|
| Ref #: | Ref #: | Ref #: |
| MAIL PAYMENT TO: | MAIL PAYMENT TO: | MAIL PAYMENT TO: |
| FNCB INC. | FNCB INC. | FNCB INC. |
| PO BOX 51660 | PO BOX 51660 | PO BOX 51660 |
| SPARKS, NV 89435 | SPARKS, NV 89435 | SPARKS, NV 89435 |
| PAYMENT AMT - $178.57 | PAYMENT AMT - $178.57 | PAYMENT AMT - $178.57 |
| DUE DATE - 11/18/16 | DUE DATE - 12/18/16 | DUE DATE - 01/17/17 |
| DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT |

1 of 1

53148-A46-43377

PAP-303-A-0