IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDY RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-cv-09600 |
| v. ) | |
| ) | Honorable John J. Tharp |
| LVNV FUNDING LLC and FIRST NATIONAL ) | |
| COLLECTION BUREAU, INC., ) | Magistrate Judge Michael T. Mason |
| ) | |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants, LVNV FUNDING, LLC, (LVNV) and FIRST NATIONAL COLLECTION BUREAU, INC. (FNCB), by and through their attorneys, David M. Schultz, Nabil G. Foster and Lindsey A.L. Conley of Hinshaw & Culbertson LLP, and for its Unopposed Motion for an Extension of Time to answer or otherwise plead to Plaintiff's Complaint, states as follows:

1. This case involves an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

2. Defendants were served with Plaintiff's Complaint on October 11, 2016. The responsive pleadings are due on November 1, 2016.

3. Defendants retained defense counsel who has filed Appearances concurrently with the instant motion. Defendants would like additional time to investigate Plaintiff's claims.

4. Defendants respectfully request a (28) twenty-eight day enlargement of time of the pleading deadline, up to and including November 29, 2016.

4. Defense counsel has contacted the Plaintiff's counsel about the instant motion. Plaintiff's counsel has no objection to the enlargement sought herein.

6. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to pursue resolution of this matter, analyze the pleading, and prepare the appropriate response to the Complaint.

WHEREFORE, Defendants, LVNV FUNDING, LLC and FIRST NATIONAL COLLECTION BUREAU, INC., respectfully request that this Court grant them an enlargement of time up to and including November 29, 2016, to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Lindsey A.L. Conley*
Lindsey A.L. Conley

David M. Schultz
Nabil G. Foster
Lindsey A.L. Conley
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
E-mail: nfoster@hinshawlaw.com
E-mail: lconley@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2016, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Unopposed Motion for Extension of Time** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

*s/ Lindsey A.L. Conley*